[Cite as *09/10/2003 Case Announcements,* 2003-Ohio-4671.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 10, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0798. Tacohio Dev. L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2003–T–211, 2003–T–213, 2003–T–215 and 2003–T–217. On motion to remand to the Ohio Board of Tax Appeals. Motion granted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0964. Ballard v. Lazaroff.**
In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1071. State ex rel. Archie v. Sixth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1188. State ex rel. Cruse v. Ohio Dept. of Rehab. & Corr.**
In Mandamus and Prohibition. On motion to dismiss and motion to request that the case be referred to a master commissioner. Motion to dismiss sustained. Cause dismissed. Motion for referral denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1234. State ex rel. Gelinas v. Grisby.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1297. McCalister v. Warden, Allen Correctional Inst.**
In Habeas Corpus. On petition for writ of habeas corpus of Vernard McCalister. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.